UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARY JANCO** | ) | |
| | ) | |
|   Plaintiff | ) | |
| | ) | -CV- |
| v. | ) | |
| | ) | |
| **TARGET STORES, INC.** | ) | |
| | ) | |
|   Defendant | ) | DECEMBER 10, 2020 |

### DEFENDANT TARGET STORES, INC.'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Litchfield at Torrington, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Stores Inc., on or about November 10, 2020, filed on November 12, 2020, entitled <u>Mary Janco v. Target Stores, Inc., LLI-CV-20-6026684-S</u>, bearing a return date of December 8, 2020 and made returnable to the Judicial District of Litchfield at Torrington. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Mary Janco asserts claims for common law negligence and mode of operation against the Defendant alleging that the Plaintiff Mary Janco sustained physical injuries and damages when she was struck by a shopping cart at the Target store in Torrington, Connecticut on December 27, 2018. The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her back. Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially

exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Stores Inc. is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Mary Janco is a resident, citizen and is domiciled in Torrington, Connecticut. She provided an address of 343 New Litchfield Street, Torrington, Connecticut on the Summons dated November 9, 2020 and filed on November 12, 2020.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Stores, Inc. respectfully requests that the above action be removed from the Superior Court, Judicial District of Litchfield at Torrington, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET STORES, INC.,

__/s/ Dawn Neborsky #27985____
Dawn M. Neborsky, Esq.
Kiernan Trebach, LLP
40 Court Street
Boston, MA 02108
617-426-3900
dneborsky@kiernantrebach.com

## CERTIFICATE OF SERVICE

This is to certify that on this 10th Day of December 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Dawn M. Neborsky*
Dawn M. Neborsky

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 50 Field Street, Torrington 06790 | (860) 626-2100 | December 8, 2020 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Torrington | Case type code (See list on page 2) Major: T   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Paul J. Thibodeau, Esq., Trantolo & Trantolo, LLC, 944 Fairfield Avenue, Bridgeport, CT 06605 | 438422 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 999-9999 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): louisem@trantololaw.com

Number of Plaintiffs: 01    Number of Defendants: 01    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Janco, Mary  Address: 343 New Litchfield Street, Torrington, CT 06790 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Target Stores, Inc., 900 Hartford Turnpike, Waterford, Connecticut 06385  Address: Agent for Service: C T CORPORATION SYSTEM, 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Paul J. Thibodeau, Esq. | Date signed 11/09/2020 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 2020** | : | **SUPERIOR COURT** |
| **MARY JANCO** | : | **J.D. OF LITCHFIELD** |
| **VS.** | : | **AT TORRINGTON** |
| **TARGET STORES, INC.** | : | **NOVEMBER 9, 2020** |

## COMPLAINT

1. At all times mentioned herein, the defendant, **TARGET STORES, INC.**, was a foreign corporation registered to do business in Connecticut through the Connecticut Secretary of State with a business address of 900 Hartford Turnpike, Waterford, Connecticut 06385 and a mailing address of Target Corporation, 1000 Nicollet Mall, Minneapolis, Minnesota 55403.

2. At all times mentioned herein the defendant, **TARGET STORES, INC.**, owned and operated a Target store on the premises located at 1922 E Main St, Torrington, CT, Torrington, Connecticut (hereinafter, the "Premises").

3. At all times mentioned herein, the defendant, **TARGET STORES, INC.**, was acting individually and/or by and through its agents, apparent-agents, servants, and/or employees.

4. At all times mentioned herein, it was the duty of the defendant, **TARGET STORES, INC.**, to exercise reasonable care to protect business invitees on the premises, including the plaintiff, **MARY JANCO**.

5. On or about December 27, 2018 at approximately 1:58 P.M. the plaintiff, **MARY JANCO**, was lawfully upon the Premises as a business invitee and was standing near the shopping carts.

6. On said date and at said time and place, an employee of the defendant, **TARGET STORES, INC.**, was moving shopping carts with a motorized vehicle.

7. On said date and at said time and place, the shopping carts being moved by the employee of the defendant, **TARGET STORES, INC.**, suddenly and without warning struck the plaintiff, **MARY JANCO**, thereby causing her to suffer the injuries and losses below.

8. The above incident and resulting injuries, losses, and damages were caused by the negligence and carelessness of the defendant, **TARGET STORES, INC.**, acting individually or through agents, apparent-agents, servants, and/or employees in one or more of the following ways:

   a. IN THAT the employee of the defendant, **TARGET STORES, INC.**, struck the plaintiff, **MARY JANCO**, with the shopping cart(s);

   b. IN THAT the employee of the defendant, **TARGET STORES, INC.**, was operating the motorized cart while distracted;

   c. IN THAT the employee of the defendant, **TARGET STORES, INC.**, failed to use reasonable caution when operating the motorized cart in an areas where patrons were located;

   d. IN THAT the employee of the defendant, **TARGET STORES, INC.** failed to keep a proper lookout for customers in the store, including the plaintiff, **MARY JANCO**, when operating the motorized cart;

   e. IN THAT the employee of the defendant, **TARGET STORES, INC.**, was unable to stop the motorized cart prior to striking the plaintiff;

   f. IN THAT the defendant, **TARGET STORES, INC.**, 's employee failed to warn the plaintiff, **MARY JANCO**, that she was about to be struck by the shopping cart;

 g. IN THAT the employee of the defendant, **TARGET STORES, INC.** failed to exercise reasonable care to avoid striking the plaintiff, **MARY JANCO**; and

 h. IN THAT the defendant, **TARGET STORES, INC.**, failed to properly supervise, oversee, and/or train those individuals the defendant, **TARGET STORES, INC.**, employed to properly move shopping carts so as to avoid striking customers in the store, such as the plaintiff, **MARY JANCO**.

9. As a result of the negligence and carelessness of the defendant, **TARGET STORES, INC.**, as aforesaid, the plaintiff, **MARY JANCO**, sustained injuries of a severe and permanent nature, and as a result of these injuries, the plaintiff has suffered and with reasonable certainty will continue to suffer pain and mental anguish. Upon medical examination, it was determined that the plaintiff suffered injuries to her back, and such other injuries as yet unknown.

10. From all the injuries or effects thereof, the plaintiff, **MARY JANCO**, was rendered sore and disabled and is suffering and will continue to suffer from pain, discomfort, soreness, emotional injuries, limitation of motion, and restriction of activity.

11. The plaintiff's injuries, or some of them, will be permanent in nature and/or permanently disabling, and the plaintiff suffers pain and emotional injuries as a result thereof.

12. As a further result of the negligence and carelessness of the defendant, **TARGET STORES, INC.**, the plaintiff was forced to incur expenses for medical care and attention, diagnostics, pharmaceuticals, x-rays, surgery, scans, etc., to the plaintiff's further

loss and damage, and it is reasonably probable that the plaintiff's injuries, or some of them, will require future medical treatment, surgeries, and expenditures.

13. As a further result of the incident, the plaintiff's ability to pursue and enjoy life's activities has been significantly reduced.

WHEREFORE THE PLAINTIFF CLAIMS:

    A.    MONETARY DAMAGES; and

    B.    SUCH OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

Dated in Bridgeport, Connecticut, this 9th day of October, 2020.

    THE PLAINTFF,
    MARY JANCO

By_____
Paul J. Thibodeau, Esq.
Trantolo & Trantolo, LLC
944 Fairfield Avenue
Bridgeport, CT 06605
Telephone: 203.999.9999
Facsimile: 203.331.8459
Juris Number: 438422

Please enter the appearance of:

Trantolo & Trantolo, LLC

_____

Paul J. Thibodeau, Esq.
Commissioner of the Superior Court

as attorneys for the plaintiff in the above matter.

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 8, 2020 | : | SUPERIOR COURT |
| MARY JANCO | : | J.D. OF LITCHFIELD |
| VS. | : | AT TORRINGTON |
| TARGET STORES, INC. | : | NOVEMBER 9, 2020 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is more than $15,000.00, exclusive of interest and costs.

THE PLAINTFF,
MARY JANCO

By_____
Paul J. Thibodeau, Esq.
Trantolo & Trantolo, LLC
944 Fairfield Avenue
Bridgeport, CT 06605
Telephone: 203.999.9999
Facsimile: 203.331.8459
Juris Number: 438422