UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARY JANCO** | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | **3:20-CV-01839** |
| v. | ) | |
| | ) | |
| **TARGET STORES, INC.** | ) | |
| | ) | |
|    Defendant | ) | **DECEMBER 14, 2020** |

**CONSENTED TO MOTION TO REMAND**

     Defendant Target Stores, Inc., by and through Dawn Neborsky of Kiernan Trebach, LLP its attorney, with plaintiff's consent, files this motion to remand the case to the Connecticut Superior Court, Judicial District of Litchfield at Torrington. Remand is sought because the parties have stipulated that the amount in controversy is not greater than Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and therefore subject matter jurisdiction does not exist. In support of this motion, the parties respectfully submit the accompanying Stipulation to Cap Damages which has been executed by the plaintiff and the undersigned counsel.

     WHEREFORE, the Defendant Target Stores, Inc. respectfully requests that this consented to motion be granted and that this case be remanded to the Connecticut Superior Court, Judicial District of Litchfield at Torrington.

                                    DEFENDANT TARGET STORES, INC.

                                    __/s/ Dawn Neborsky  #27985_____
                                    Dawn M. Neborsky, Esq.
                                    Kiernan Trebach, LLP
                                    40 Court Street
                                    Boston, MA 02108
                                    Fed. Bar No. 27985
                                    617-426-3900
                                    dneborsky@kiernantrebach.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 14th Day of December 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                         */s/ Dawn M. Neborsky*
                                                                                          Dawn M. Neborsky